

# THE STATE OF TEXAS
## MANDATE

TO THE 71ST DISTRICT COURT OF HARRISON COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 18th day of June, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Michael Duane Holt, Appellant          No. 06-15-00006-CR

v.          Trial Court No. 12-0381X

The State of Texas, Appellee

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Michael Duane Holt, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 13th day of August, A.D. 2015.

DEBRA K. AUTREY, Clerk